UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-139-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ENRIQUE JIMENEZ | **ORDER** |

This matter comes before the court on Defendant's motion to seal Docket Entry 48. [DE-49] For good cause shown, the motion is GRANTED. The Clerk of Court is DIRECTED to maintain Docket Entry 48 under seal until further order of the court.

SO ORDERED this 27th day of May, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE