IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00139-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ENRIQUE JIMENEZ | ORDER |

This matter comes before the court on Defendant's pro se motion requesting "exoneration from probation" due to his efforts at rehabilitation and "[t]he anxiety stemming from" serving a term of supervised release. DE 62 at 1. The court received, and denied without prejudice, a similar request from Defendant last year. DE 59; DE 61. The court finds that the same bases underlying last year's order also justify denying (without prejudice) Defendant's newly-filed request. The court further notes that supervised release is intended to "fulfill[] rehabilitative ends," *United States v. Johnson*, 529 U.S. 53, 59 (2000), not function as source of "anxiety," DE 62 at 1. Defendant is encouraged to work with his Probation Officer to make the most out of the "supervision and training programs" available to him as he "transitions to" what will ultimately be unsupervised "community life." *United States v. Lewis*, 90 F.4th 288, 294 (4th Cir.), *cert. denied*, 144 S. Ct. 2543, 219 L. Ed. 2d 1212 (2024).

SO ORDERED this 27th day of January, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE